# SEALED

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 4:11MJ3007 |
| | ) | |
| MICHAEL RAY THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal in the above-captioned case be granted as requested.

DATED this 9th  day of March, 2011

s/ *Cheryl R. Zwart*

CHERYL R. ZWART
United States Magistrate Judge